UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| D.S. RIDGESIDE, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:18-cv-00126 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE BROWN |
| CSC SERVICE WORKS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs filed a Notice of Dismissal Without Prejudice, as authorized by Fed. R. Civ. P. 41(a) (Doc. No. 21). Accordingly, this action is **DISMISSED**, without prejudice, and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE